PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Candis Unita Mack  Cr.: 2:16-CR-00535-ES-1
PACTS #: 524861

Name of Sentencing Judicial Officer:  THE HONORABLE ESTHER SALAS
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/01/2009

Original Offense: 21:846.F; Conspiracy To Possess With Intent To Distribute Narcotics

Original Sentence: 135 months imprisonment, 60 months supervised release

Special Conditions: Substance Abuse Testing and Treatment, Mental Health Treatment, Educational/Vocational Training

Type of Supervision: Supervised Release    Date Supervision Commenced: 12/14/2015

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition of supervision:

**Violation Number**   **Nature of Noncompliance**

1.    The offender was arrest on September 9, 2016 by members of Mount Olive Township Police Department and charged with Forgery-False Identification, Criminal Attempt to Possess CDS/Analog- Schedule I, II, III, and Criminal Attempt to Obtain CDS/Analog by Fraud. The offender was arrested in CVS while trying to fill a stolen prescription written out to Ilean Mack for 120 Roxicodone pills. The offender advised the arresting officers that she had no knowledge of the prescription being stolen and was doing a favor for her sister by filing the script. The case was dismissed by New Jersey Superior Court in Morristown, New Jersey on June 14, 2018.

U.S. Probation Officer Action:

We spoke to the offender about being more cautious of her associations. We respectfully request that no Court action is taken.

Respectfully submitted,

By: Maria Goodwater
U.S. Probation Officer
Date: 06/21/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

Signature of Judicial Officer
Esther Salas, U.S.D.J.
Date